# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **DANNY QUILLIN,** | ) |
| | ) CASE NO. 2:17-CV-84 |
| Plaintiff, | ) |
| | ) CHIEF JUDGE SARGUS |
| vs. | ) |
| | ) MAGISTRATE JUDGE JOLSON |
| **SEMPER FI FARMS,** | ) |
| | ) |
| Defendant. | ) **JOINT STIPULATED NOTICE OF** |
| | ) **DISMISSAL** |

Plaintiff Danny Quillin, along with Defendant Semper Fi Farms (the "Parties") hereby stipulates that this case, including all claims between the parties, is hereby dismissed with prejudice, pursuant to a settlement agreement reached between the Parties. Each party will bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

Nilges Draher, LLC


*/s/ Hans A. Nilges*
Hans A. Nilges (0076017)
Shannon M. Draher (0074304)
7266 Portage Street, N.W., Suite D
Massillon, OH 44646
Telephone:     (330) 470-4428
Facsimile:      (330) 754-1430
Email:            sdraher@ohlaborlaw.com
                     hans@ohlaborlaw.com

*Counsel for Plaintiff*

/s/ Pramila A. Kamath
Pramila A. Kamath (0085114)
Lisa M. Kathumbi (0081441)
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215
Telephone: (614) 227-2300
Fax: (614) 227-2390
lkathumbi@bricker.com
pkamath@bricker.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing has been filed on May 18, 2018 by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Hans A. Nilges
Hans A. Nilges (0076017)

*Counsel for Plaintiff*